IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03261-RPM-BNB

BRANDON BLACK,

Plaintiff,

v.

STANDLEY & ASSOCIATES, LLC,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Telephonic Appearance at Scheduling Conference** [docket no. 10, filed February 19, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff's counsel may appear telephonically for the Scheduling Conference on March 14, 2013, at 2:00 p.m., by calling Chambers at **303-844-6408**. However, plaintiff's counsel is cautioned to contact opposing counsel on all motions, and to refer to our Colorado Local Rules, in particular 7.1(A), the duty to confer. Defendant's counsel contacted Chambers and has been given permission to also attend the hearing telephonically. Plaintiff's counsel is to coordinate with defense counsel so both parties are on the phone BEFORE calling Chambers.

DATED: February 19, 2013