IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-003261-RPM-BNB

BRANDON BLACK,

    Plaintiff,

v.

STANDLEY & ASSOCIATES, LLC,

    Defendant.
_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [20], it is

ORDERED that this action is dismissed with prejudice without costs to any party.

DATED: June 11th, 2013

                BY THE COURT:

                s/Richard P.Matsch

                _____
                Richard P. Matsch, Senior District Judge